**08 CV 03446**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,         :

        Plaintiff,         :

   - against -         :         08 CV ___
                                   ECF CASE

DYNACOAL LTD.,         :

        Defendant.         :
------------------------------------------------------X



## DISCLOSURE OF INTERESTED
## PARTIES PURSUANT TO FEDERAL RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff:

NONE.

Dated: April 8, 2008
       New York, NY

                            The Plaintiff,
                            INDUSTRIAL CARRIERS INC.,

             By: _____
                      Lauren C. Davies (LD 1980)
                      Thomas L. Tisdale (TT 5263)
                      TISDALE LAW OFFICES, LLC
                      11 West 42nd Street, Suite 900
                      New York, NY 10036
                      (212) 354-0025 – phone
                      (212) 869-0067 – fax
                      ldavies@tisdale-law.com
                      ttisdale@tisdale-law.com