USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------X

INDUSTRIAL CARRIERS INC.,              :

                    Plaintiff,         :

                                                   08 CV ___ _____.__
      - against -                      :           ECF CASE

DYNACOAL. LTD.,                        :

                    Defendant.         :

-----------------------------------------------------X

## EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on April 8, 2008 Plaintiff, INDUSTRIAL CARRIERS INC. filed a Verified

Complaint herein for damages against the Defendant, DYNACOAL LTD., amounting to

**$1,090,324.40** and praying for the issuance of Process of Maritime Attachment and Garnishment

pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime

Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that

the United States Marshal or other designated process server attach any and all of the

Defendant's property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Complaint and the Supporting

Affidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist;

**NOW,** upon motion of the Plaintiff, it is hereby:

**ORDERED**, that Pursuant to Rule B of the Supplemental Rules for Certain Admiralty

and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and

Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading,

MICROFILMED
APR 1 0 2008  -3 ⁰⁰ PM

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee

may consent, in writing, to accept service by any other means.

Dated: April ____, 2008

**SO ORDERED:**

_____
U. S. D. J.