UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,                    :

        Plaintiff,                                    :

                                                                     08 CV 03446 (HB)

    - against -                                      :                    ECF CASE

DYNACOAL LTD., GLOBAL COAL            :
TRADE CO. LTD. a.k.a. GLOBAL COAL
TRADE, CHINA COAL TRADE CO. LTD.,   :
DYNASHIPPING LTD.,
SUPER ENERJI MADENCILIK INS.              :
SANAYI VE TICARET A.S. a.k.a. SUPER
ENERJI, SUPER KARBON MADENCILIK   :
INS. SANAYI VE TICARET A.S. a.k.a.
SUPER KARBON, and ENERJI MADEN      :
URUNLERI SANAYI VE TICARET A.S.
a.k.a. ENERJI MADEN,                                 :

        Defendants.                                 :
------------------------------------------------------------X



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05-13-08

## AMENDED EX PARTE ORDER FOR PROCESS OF MARITIME ATTACHMENT

**WHEREAS**, on May 7, 2008 Plaintiff, INDUSTRIAL CARRIERS INC., filed a Verified Amended Complaint herein for damages against the Defendants, DYNACOAL LTD., GLOBAL COAL TRADE CO. LTD. a.k.a. GLOBAL COAL TRADE, CHINA COAL TRADE CO. LTD., DYNASHIPPING LTD., SUPER ENERJI MADENCILIK INS. SANAYI VE TICARET A.S. a.k.a. SUPER ENERJI, SUPER KARBON MADENCILIK INS. SANAYI VE TICARET A.S. a.k.a. SUPER KARBON and ENERJI MADEN URUNLERI SANAYI VE TICARET A.S. a.k.a. ENERJI MADEN, amounting to **$1,090,324.40** and praying for the issuance of Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure; and

**WHEREAS**, the Process of Maritime Attachment and Garnishment would command that the United States Marshal or other designated process server attach any and all of the Defendants' property within the District of this Court; and

**WHEREAS**, the Court has reviewed the Verified Amended Complaint and the SupportingAffidavit, and the conditions of Supplemental Admiralty Rule B appearing to exist;

**NOW,** upon motion of the Plaintiff, it is hereby:

**ORDERED**, that Pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims, the Clerk of the Court shall issue Process of Maritime Attachment and Garnishment against all tangible or intangible property, credits, letters of credit, bills of lading, effects, debts and monies, electronic funds transfers, freights, sub-freights, charter hire, sub-charter hire or any other funds or property up to the amount of **$1,090,324.40** belonging to, due or being transferred to, from or for the benefit of the Defendants, including but not limited to such property as may be held, received or transferred in Defendants' name, including but not limited to the transfer of freight, hire or other payments in connection with the Vessels "M/V Pioneer Sky" and "M/V Four Earth," or as may be held, received or transferred for their benefit at, moving through, or within the possession, custody or control of banking/financial institutions and/or other institutions or such other garnishees to be named on whom a copy of the Process of Maritime Attachment and Garnishment may be served; and it is further

**ORDERED** that supplemental process enforcing the Court's Order may be issued by the Clerk upon application without further order of the Court; and it is further

**ORDERED** that following initial service by the U.S. Marshal or other designated process server upon each garnishee, that supplemental service of the Process of Maritime Attachment and Garnishment, as well as this Order, may be made by facsimile transmission or other verifiable

electronic means, including e-mail, to each garnishee; and it is further

**ORDERED** that service on any garnishee as described above is deemed effective continuous service throughout the day from the time of such service through the opening of the garnishee's business the next business day; and it is further

**ORDERED** that pursuant to Federal Rule of Civil Procedure 5(b)(2)(D) each garnishee may consent, in writing, to accept service by any other means.

Dated: May ___, 2008

SO ORDERED:

_____
U.S.D.J.