UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
INDUSTRIAL CARRIERS INC.,

            Plaintiff,

            -against-

DYNACOAL LTD., GLOBAL COAL
TRADE CO. LTD. a.k.a. GLOBAL COAL
TRADE, CHINA COAL TRADE CO. LTD.,
DYNASHIPPING LTD.,
SUPER ENERJI MADENCILIK INS.
SANAYI VE TICARET A.S. a.k.a. SUPER
ENERJI, SUPER KARBON MADENCILIK
INS. SANAYI VE TICARET A.S. a.k.a.
SUPER KARBON, and ENERJI MADEN
URUNLERI SANAYI VE TICARET A.S.
a.k.a. ENERJI MADEN,

            Defendants.
-------------------------------------------------------x

ECF CASE

08 Civ. 03446 (HB)

NOTICE OF
APPEARANCE

To the Clerk of this court and all parties of record:

    Enter my limited appearance in accordance with Rule E(8) of the Supplemental Rules for Admiralty or Maritime Claims of the Federal Rules of Civil Procedure as counsel in this case for all of the captioned defendants.

    I certify that I am admitted to practice in this court

Dated: June 16, 2008
       New York, NY

                              Respectfully submitted,

                              Patrick C. Crilley (PC 9057)
                              Of Counsel to
                              Richard A. Zimmerman (RZ 0963)
                              Attorney for All Defendants
                              233 Broadway – Suite 2202
                              New York, NY 10279
                              (212) 619-1919