DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08

RECEIVED
JUL 08 2008
U.S. DISTRICT JUDGE
S.D.N.Y.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
INDUSTRIAL CARRIERS INC.,                   :

        Plaintiff,                                    :
                                                          08 CV 03446 (HB)
   - against -                                       :         ECF CASE

DYNACOAL LTD., GLOBAL COAL              :
TRADE CO. LTD. a.k.a. GLOBAL COAL
TRADE, CHINA COAL TRADE CO. LTD.,   :
DYNASHIPPING LTD.,
SUPER ENERJI MADENCILIK INS.            :
SANAYI VE TICARET A.S. a.k.a. SUPER
ENERJI, SUPER KARBON MADENCILIK    :
INS. SANAYI VE TICARET A.S. a.k.a.
SUPER KARBON, and ENERJI MADEN       :
URUNLERI SANAYI VE TICARET A.S.
a.k.a. ENERJI MADEN,                              :

        Defendants.                                   :
------------------------------------------------------------X

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED between the parties, by their undersigned attorneys, that:

1. Upon endorsement of this Stipulated Order, this court's Ex Parte Order of maritime attachment and garnishment is hereby vacated,

2. Upon endorsement of this Stipulated Order, any and all garnishees holding property belonging to the Defendants named in this action shall immediately release from attachment property belonging to the Defendants restrained pursuant to this court's Ex Parte Order for maritime attachment and garnishment, and

3. That this action is hereby dismissed with prejudice and without costs to any party.

Dated: July 2, 2008
New York, NY

The Plaintiff,
INDUSTRIAL CARRIERS INC.,

By: *[signature]*
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 2162)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
(212) 354-0025 – phone
(212) 869-0067 – fax
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

The Defendants,

By: *[signature]*
Patrick C. Crilley (PC 9057)
Of Counsel to
Richard A. Zimmerman (RZ 0963)
Attorneys for All Defendants
233 Broadway – Suite 2202
New York, NY 10279
(212) 619 1916

"The Clerk of the Court is instructed to close this matter and remove it from my docket.

SO ORDERED:

*[signature]*
Honorable Harold Baer, U.S.D.J.

July 8, 2008

-2-